DRY DOCK SAVINGS INSTITUTION, Respondent, v. BURTLEY REALTY CORPORATION et al., Defendants, and BARTAX REALTY CORPORATION, Appellant. DANIEL J. McMAHON, Receiver, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with one bill of $10 costs to the respondents. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 277 App. Div. 1035.]

FRANCES FERRARA v. PRUDENTIAL INSURANCE COMPANY OF AMERICA. — Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *ante*, p 561.]

HELEN R. GOODMAN v. JUKE GOODMAN. — Motion for rearguments denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 566.]

ISAAC SHAPIRO v. MORRIS DANZIG.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 555.]

SIDNEY HEIM et al., Plaintiffs, v. LANGWELL ASSOCIATES, INC., et al., Defendants. MORRIS MORGENSTERN, Appellant; DAVID E. FRANKENSTEIN, as Receiver, Respondent. — Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 551.]

## (March 20, 1951.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAYTEN REALTY CO., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [155 E. 72d St., Borough of Manhattan.] — Order unanimously modified by fixing the assessed valuations for the years 1944–45 and 1945–46 at: Land $200,000, building $500,000, total $700,000; and for the years 1946–47 and 1947–48 at: Land $210,000, building $500,000, total $710,000 and, as so modified, affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

FRED J. YANKOCY, Respondent, v. JOHN A. HEINRICH, Appellant.—Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

In the Matter of PHILIP MILSTEIN, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority of the State of New York, Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.